UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| I.A.M. NATIONAL PENSION FUND, NATIONAL PENSION PLAN, et al., <br><br> Plaintiffs, <br><br> v. <br><br> APV NORTH AMERICA, INC., <br><br> Defendant. | ) ) ) ) ) ) ) Case No. 07CV1201 RBW ) ) ) ) ) |

## AFFIDAVIT OF SERVICE

I, Chris Kratochvil, being duly authorized to make service of the Summons & Complaint in the above entitled action, hereby depose and say:

I am over the age of twenty-one years.

I am not a party to or otherwise interested in the suit.

My business address is: 6767 W. Greenfield Avenue, W. Allis, WI 14039.

At 2:39 p.m. on the 11th day of July, 2007, I served the within named defendant, APV North America, Inc., by leaving a copy of the Summons & Complaint with Sue Dillavou, Finance Manager, at 100 South CP Avenue, Lake Mills, Wisconsin 53551.

/s/
Process Server

Subscribed and sworn to before me this 12th day of July, 2007.

/s/
Sandy Sandinati
Notary Public

My Commission expires on October 18, 2009.