IN THE UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **I.A.M. NATIONAL PENSION FUND,** ) <br> NATIONAL PENSION PLAN, ) <br> ) <br> and ) <br> WARREN MART and ) <br> BURTON C. TREBOUR, ) <br> **Co-chairman of the Board of** ) <br> **Trustees of the I.A.M.** ) <br> **National Pension Fund,** ) <br> Plaintiffs, ) <br> v. ) <br> ) <br> **APV NORTH AMERICA, INC.** ) <br> ) <br> Defendant. ) <br> _____) | Case No. 1:07-CV-01201 <br> Hon. Reggie B. Walton |

**DEFENDANT'S MOTION AND SUPPORTING POINTS AND AUTHORITIES FOR
EXTENSION OF TIME TO ANSWER**

  APV North America, Inc. ("APV"), by and through its undersigned counsel, and pursuant to Federal Rule of Civil Procedure 6, respectfully submits this motion for extension of time to answer Plaintiffs I.A.M. National Pension Plan Fund, National Pension Plan and Warren Mart and Burton C. Trebour's Complaint alleging that Defendant has failed and refused to make required reports and payments in an accurate manner pursuant to a collective bargaining agreement with District Lodge No. 10 of the International Association of Machinists and Aerospace Workers. (Comp. ¶ 12) In support of its motion, APV states as follows:

  1. APV filed its Complaint on July 3, 2007, and on information and belief, it was served on July 11, 2007. APV's answer is currently due on July 31, 2007.

  2. Undersigned counsel was just retained and needs additional time to investigate the allegations in the Complaint.

3.     Defendant requests an additional 21 days to file its Answer.

4.     Pursuant to Federal Rule of Civil Procedure 6, this Court has discretion to grant an extension of time to answer.

5.     Plaintiffs do not consent to the filing of this motion for extension.

WHEREFORE, APV respectfully requests that the Court grant Defendant a 21-day extension to answer Plaintiff's Complaint and grant any further relief that the Court deems just and proper.

Dated: July 27, 2007                    Respectfully submitted,

                                        APV NORTH AMERICA, INC


                                  By:      /s/ Jeffrey S. Jacobovitz
                                           One of Its Attorneys


Jeffrey S. Jacobovitz
(DC Bar # 346569)
Schiff Hardin LLP
1666 K Street, N.W.
Washington, D.C. 20006
(202) 778-6458
(202) 778-6460 (facsimile)
jjacobovitz@schiffhardin.com

Patricia Costello Slovak
Of Counsel
Schiff Hardin LLP
6600 Sears Tower
Chicago, IL 60606
(312) 258-5665
(312) 258-5500 (facsimile)
pslovak@schiffhardin.com

DC\ 7053719.1

## CERTIFICATE OF SERVICE

I, Jeffrey S. Jacobovitz, an attorney, on July 27, 2007, caused a true and correct copy of *Defendant's Motion and Supporting Points and Authorities for Extension of Time to Answer,* to be served via CM/ECF upon the following:

**Attorneys for Plaintiffs**

Joseph P. Martocci, Jr.
1300 Connecticut Avenue, N.W.
Suite 300
Washington, D.C. 20036
(202)  785-2658
(202)  463-8098 (fax)
jmartocci@lamnpf.org

Robert T. Osgood
1300 Connecticut Avenue, N.W.
Suite 300
Washington, D.C. 20036
(202)  785-2658
(202)  463-8098 (fax)
rosgood@iamnpf.org

                                             /s/ Jeffrey S. Jacobovitz
                                                Jeffrey S. Jacobovitz

DC\ 7053720.1

IN THE UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **I.A.M. NATIONAL PENSION FUND,** ) <br> NATIONAL PENSION PLAN, ) <br> ) <br> and ) <br> ) <br> WARREN MART and ) <br> BURTON C. TREBOUR, ) <br> **Co-chairman of the Board of** ) <br> **Trustees of the I.A.M.** ) <br> **National Pension Fund,** ) <br> Plaintiffs, ) <br> v. ) <br> ) <br> **APV NORTH AMERICA, INC.** ) <br> ) <br> Defendant. ) <br> ) | Case No. 1:07-CV-01201 <br> Hon. Reggie B. Walton |

## ORDER

Having read and considered APV North America, Inc.'s motion for extension of time to answer Plaintiffs I.A.M. National Pension Plan Fund, National Pension Plan and Warren Mart and Burton C. Trebour's Complaint, it is, this ____ day of _____, 2007,

**ORDERED** that APV North America, Inc.'s Motion for Extension of Time to Answer be and hereby is, **GRANTED**.

                                                       _____
                                                       Hon. Reggie B. Walton, Judge

DC\ 7053722.1