## IN THE UNITED STATES DISTRICT COURT FOR
## THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **I.A.M. NATIONAL PENSION FUND,** | ) | |
| **NATIONAL PENSION PLAN, et al.,** | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | Case No. 1:07-cv-01201 |
| v. | ) | Hon. Reggie B. Walton |
| | ) | |
| **APV NORTH AMERICA, INC.,** | ) | |
| | ) | |
| Defendant. | ) | |

## MOTION FOR PRO HAC VICE ADMISSION
## OF PATRICIA COSTELLO SLOVAK

Pursuant to Local Rule 83.2(d) of the District Court for the District of Columbia,

Defendant APV North America, Inc. respectfully moves this Court to admit Patricia Costello

Slovak *pro hac vice* to appear in the above-captioned action.  The declaration required by Local

Rule 83.2(d) is attached to this Motion.


Dated: July 31, 2007

SCHIFF HARDIN LLP

Jeffrey S. Jacobovitz (DC Bar No. 346569)
1666 K. Street, NW, Suite 300
Washington, DC 20006
Tel.: (202) 778-6400
Fax: (202) 778-6460
Counsel for Defendant
APV NORTH AMERICA, INC.

**IN THE UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| **I.A.M. NATIONAL PENSION FUND, NATIONAL PENSION PLAN, et al.,**<br><br>Plaintiff,<br><br>v.<br><br>**APV NORTH AMERICA, INC.,**<br><br>Defendant. | )<br>)<br>)<br>)<br>)<br>)   Case No. 1:07-cv-01201<br>)   Hon. Reggie B. Walton<br>)<br>)<br>)<br>) |

## DECLARATION OF PATRICIA COSTELLO SLOVAK

I, Patricia Costello Slovak, hereby declare under penalty of perjury that the following testimony is true and correct to the best of my knowledge. If called to testify to the matters stated in this Declaration, I could and would testify truthfully thereto.

1.    My full name is Patricia Costello Slovak.

2.    My office address is Schiff Hardin LLP, 6600 Sears Tower, Chicago, Illinois 60606, and my telephone number is (312) 258-5665.

3.    I am a member of the bars of the State of Illinois, State of New York and State of New Jersey, U.S. Courts of Appeals for the Second, Third, Fourth and Seventh Circuits, the U.S. District Courts for the Northern and Central Districts of Illinois, the U.S. District Courts for the Northern and Southern Districts of Indiana, the U.S. District Courts for the Southern and Eastern Districts of New York, the U.S. District Court for the Eastern District of Michigan and the Illinois Supreme Court.

4.    I certify that I have not been disciplined by any bar.

5.    I have not been admitted *pro hac vice* in this Court within the last two years.

6.    I do not engage in the practice of law from an office located in the District of Columbia, I am not a member of the District of Columbia Bar, and I do not have a pending application for membership to the District of Columbia Bar.

Executed on July 3/ , 2007

_____

Patricia Costello Slovak

**Counsel for Defendant**
**APV NORTH AMERICA, INC.**

CH1\ 5129659.1

## <u>CERTIFICATE OF SERVICE</u>

I, Jeffrey S. Jacobovitz, an attorney, on August ___1___, 2007, caused a true and correct copy of *Motion for Pro Hac Vice Admission of Patricia Costello Slovak* to be served via CM/ECF upon the following:

> **Counsel for Plaintiffs**
> Joseph P. Martocci, Jr.
> Robert T. Osgood
> 1300 Connecticut Avenue, NW
> Suite 300
> Washington, DC 20036
> jmartocci@iamnpf.org
> rosgood@iamnpf.org

> _____/s/ Jeffrey S. Jacobovitz_____
> Jeffrey S. Jacobovitz

CHI\ 5129775.1