UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

_____ )
I.A.M. NATIONAL PENSION FUND,    )
NATIONAL PENSION PLAN, et al.,   )
                                 )
              Plaintiffs,        )
                                 )
       v.                        )  Case No. 07CV1201 RBW
                                 )
APV NORTH AMERICA, INC.,         )
                                 )
              Defendant.         )
_____ )

### JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

Plaintiffs, I.A.M. National Pension Fund, National Pension Plan, Warren Mart and Burton C. Trebour, and Defendant, APV North America, Inc., through their respective counsel, pursuant to Rule 41(a)(1)(ii), F.R.C.P, hereby jointly stipulate that this matter may be dismissed with prejudice, each to bear its own attorneys' fees and court costs.

Respectfully submitted,

Dated:    October 23, 2007     /S/
                               Joseph P. Martocci, Jr., #955716
                               1300 Connecticut Avenue, NW
                               Suite 300
                               Washington, DC  20036
                               (202) 785-2658
                               (202) 463-8098 Facsimile
                               jmartocci@msn.com

                               /S/
                               Robert T. Osgood, #247973
                               1300 Connecticut Avenue, NW
                               Suite 300
                               Washington, DC 20036
                               (202) 785-2658
                               (202) 463-8098 Facsimile
                               rosgood@iamnpf.org

-2-

Attorneys for Plaintiffs
 /S/
Jeffrey S. Jacobovitz, #346569
**SCHIFF HARDIN LLP**
1101 Connecticut Avenue, NW
Washington, DC 20036
(202) 778-6400
(202) 778-6460 Facsimile
jjacobovitz@schiffhardin.com


 /S/
Patricia Costello Slovak
**SCHIFF HARDIN LLP**
6600 Sears Tower
Chicago, Illinois 60606-6473
(312) 258-5500
(312) 258-5600 Facsimile
pslovak@schiffhardin.com

Attorneys for Defendant